IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00013-MR-WCM

| | |
|---|---|
| **MICHELLE LAUGHTER,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **DYLAN SIMS, RICHARD M.** ) <br> **MADDEN, RICHARD M. MADDEN II,** ) <br> **and MADDEN'S ACE HARDWARE,** ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte.*

On August 6, 2021, the Court entered an Order directing the Plaintiff to confirm that service has been made on Defendant Sims or in the absence of service, to show good cause for her failure to effect service on Sims. [Doc. 18]. The Plaintiff was warned that failure to comply with the Court's directive would result in the dismissal of her claims against Sims without prejudice. [Id. at 3].

More than fourteen (14) days have passed, and the Plaintiff has not responded to the Court's Order. Accordingly, the Plaintiff's claims against the Defendant Dylan Sims are dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's claims against the Defendant Dylan Sims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to issue a notice to the parties to conduct an initial attorneys' conference as required by Local Civil Rule 16.1(a).

**IT IS SO ORDERED**.

Signed: September 9, 2021

Martin Reidinger
Chief United States District Judge

2

Case 1:21-cv-00013-MR-WCM   Document 19   Filed 09/09/21   Page 2 of 2