IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00013-MR-WCM

| | |
|---|---|
| MICHELLE LAUGHTER, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MADDEN'S ACE HARDWARE, )<br>)<br>Defendant. )<br>_____ ) | ORDER |

This matter is before the Court on the filing of a Joint Stipulation of Expenses and Fees Owed to Defendant by Plaintiff's Counsel (the "Stipulation," Doc. 27). In the Stipulation, the parties advise that they have agreed that the amount of expenses to be awarded to Defendant in connection with Defendant's Motion to Compel and pursuant to the Court's Order dated January 4, 2022 (Doc. 24) should be $1,600.00.

The parties' proposed award, which the undersigned finds to be reasonable, is **ACCEPTED**, and Plaintiff's counsel is **DIRECTED** to forward to Defendant's counsel payment in the amount of **$1,600.00** on or before **February 11, 2022**.

It is so ordered.

Signed: January 28, 2022

W. Carleton Metcalf
United States Magistrate Judge